■ Solin & Breindel, P. C., et al., Respondents-Appellants, v Silverstein Properties, Inc., et al., Appellants-Respondents. — Resettled judgment, Supreme Court, New York County (Rosenberger, J.), entered on December 10, 1981, unanimously affirmed. Plaintiffs shall recover of defendants $75 costs and disbursements of this appeal. No opinion. Concur — Kupferman, J. P., Sandler, Markewich, Fein and Milonas, JJ.

■ Cora Metz, Respondent, v Les Sokoloff et al., Appellants. — Judgment, Supreme Court, New York County (Helman, J.), entered on June 2, 1981, unanimously affirmed for the reasons stated by Helman, J. Respondent shall recover of appellants $75 costs and disbursements of this appeal. Concur — Kupferman, J. P., Sandler, Markewich, Fein and Milonas, JJ.

■ In the Matter of Teri L. Chase et al., Appellants, v Board of Education of the City of New York, Respondent. — Resettled judgment, Supreme Court, New York County (Pecora, J.), entered on March 25, 1981, unanimously affirmed, without costs and without disbursements. No opinion. Concur — Kupferman, J. P., Sandler, Markewich, Fein and Milonas, JJ.